**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

---

In Re: Gary Anusavice

Debtor(s)

BK No. 1:08–bk–13279

Chapter 7

---

### NOTICE OF DENIAL OF DISCHARGE

***TO ALL CREDITORS:*** Please take notice that on 9/27/2010 , this Court entered an order in Adversary Proceeding 09–ap–01017 ***DENYING*** the debtor, a discharge in this bankruptcy case.

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **10/20/10**

Entered on Docket: **10/20/10**
Document Number: **128**

300124.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*